FRANK T. HUTCHEK, as Administrator, etc., of MADELINE HUTCHEK, Deceased, JOHN THOMAS HUTCHEK, ANNAMAE MAVERICK, FRANK T. HUTCHEK, Respondents, v. GEORGE L. GEHRIG, KENELMN H. EDEN and HENRY FOLZ, as and Constituting the Board of Commissioners of the Manhasset-Lakeville Water District, of the Town of North Hempstead, County of Nassau, State of New York, and EDWARD HIRST, Appellants.— Consolidated action brought (1) by Frank T. Hutchek, as administrator, etc., to recover damages for the death of his intestate; (2) by plaintiffs John Thomas Hutchek and Annamae Maverick, to recover damages for personal injuries sustained by them respectively; and (3) by Frank T. Hutchek, individually, to recover for damages to his Buick automobile. All claims arose from the collision of a fire truck, driven by appellant Hirst, with the automobile of plaintiff Frank T. Hutchek, driven by plaintiff John T. Hutchek. Defendants Board of Commissioners counterclaimed against plaintiffs Frank T. Hutchek, individually, and John Thomas Hutchek, for damages to the fire truck, sustained allegedly through their negligence. After a trial of the issues before the court and a jury, the latter rendered a verdict in favor of plaintiffs, assessing the damages of the respective plaintiffs, and also in favor of plaintiffs Frank T. Hutchek, individually, and John Thomas Hutchek, on the counterclaim. From the judgment entered thereon, and also from an order denying their motion to set aside the verdict and for a new trial, defendants Board of Commissioners and Hirst appeal. Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of GABRIEL AARVIG, Respondent, for an Order against THEODORE ORNSTEIN, as Mayor and as Commissioner of Public Works of the City of Long Beach, and Others, Appellants.— Proceeding commenced by petitioner, pursuant to article 78 of the Civil Practice Act, for an order directing his reinstatement to the position of water inspector, or his appointment to one of the positions in the service of the city of Long Beach which he is fitted to fill, and for compensation, in accordance with the provisions of subdivision 1 of section 22 of the Civil Service Law. Final order granting motion of petitioners, in accordance with the verdict of a jury, unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of THOMAS C. COULTER, Assessor of the Town of Cortlandt, County of Westchester, State of New York, to Compel the Delivery of Books and Papers of CLESSON CROFT, Former Assessor, Respondent. THOMAS C. COULTER, Respondent; CLESSON CROFT, Appellant.— Proceeding instituted to compel appellant to turn over to respondent all the books, documents and records appertaining to the office of assessors of the town of Cortlandt, Westchester county. Order affirmed, with ten dollars costs and disbursements. (See *Lane* v. *Johnson*, 283 N. Y. 244.) Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.